NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Youssef H. Hammoud (SBN: 321934)
PRICE LAW GROUP, APC
6345 Balboa Blvd., Suite 247
Encino, CA 91316
T: (818) 600-5596
F: (818) 600-5496
E: youssef@pricelawgroup.com

ATTORNEY(S) FOR: Plaintiff, Marco Andrade Rios

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| MARCO ANDRADE RIOS | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:21-cv-00265 |
| v. | |
| CITIBANK, N.A. | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** |
| Defendant(s) | **(Local Rule 7.1-1)** |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for     Plaintiff, Marco Andrade Rios
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Marco Andrade Rios | Plaintiff |
| Citibank, N.A. | Defendant |

January 12, 2021                             /s/ Youssef H. Hammoud
Date                                         Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff, Marco Andrade Rios