JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO ANDRADE RIOS,<br><br>              Plaintiff,<br><br>    v.<br><br>CITIBANK, N.A.,<br><br>              Defendant. | Case No. 2:21-cv-00265-VAP-GJS<br><br>**ORDER GRANTING STIPULATION TO STAY ACTION AND ARBITRATE CLAIMS** |

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, California 90067-2915

# ORDER

Having reviewed the parties' Stipulation to Stay Action and Arbitrate Claims, and finding good cause, the Stipulation is **GRANTED**.

The case is stayed pending completion of arbitration proceedings before the American Arbitration Association pursuant to the terms of the arbitration agreement contained in the credit card agreement attached to the Stipulation as Exhibit 1. Upon completion of arbitration, counsel shall file a status report within ten (10) days.

IT IS SO ORDERED.

DATED: March 5, 2021

_____
Hon. Virginia A. Phillips
United States District Court Judge