1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# IN THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO ANDRADE RIOS,<br><br>       Plaintiff,<br><br>    v.<br><br>CITIBANK, N.A.,<br><br>       Defendant. | Case No.: 2:21-cv-00265-VAP-GJS<br><br>**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

   Upon review of the Parties' Stipulation of Dismissal with Prejudice, and good cause appearing,

   **IT IS ORDERED** that the Stipulation is **GRANTED.**

   The above-entitled matter is hereby dismissed with prejudice, with the parties to bear their own attorneys' fees and costs,

   **IT IS SO ORDERED.**

- 1 -

| | | |
|---|---|---|
| 1 | Dated: _____ | _____ |
| 2 | | Honorable Virginia A. Phillips |
| 3 | | United States District Judge |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28