UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

MARCO ANDRADE RIOS,

    Plaintiff,

 v.

CITIBANK, N.A.,

    Defendant.

Case No.: 2:21-cv-00265-VAP (GJSx)

**ORDER OF DISMISSAL WITH PREJUDICE**

    Upon review of the Parties' Stipulation of Dismissal with Prejudice, and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED.**

    The above-entitled matter is hereby dismissed with prejudice, with the parties to bear their own attorneys' fees and costs,

    **IT IS SO ORDERED.**

Dated: May 3, 2021

                                        _____
                                        Honorable Virginia A. Phillips
                                        United States District Judge